No. 1069. IMPARATO STEVEDORING CORP. *v.* UNITED STATES LINES Co. Motion of the National Association of Stevedores for leave to file brief, as *amicus curiae,* granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. *Sidney A. Schwartz* for petitioner. *Joseph M. Cunningham* and *Vernon S. Jones* for respondent. *Martin J. McHugh* and *James M. Leonard* for the National Association of Stevedores, as *amicus curiae,* in support of the petition.

No. 594, Misc. COFFMAN *v.* MARONEY, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 646, Misc. PUGACH *v.* NEW YORK. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied. Petitioner *pro se. Isidore Dollinger* and *Walter E. Dillon* for respondent.

No. 698, Misc. McHENRY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox,* Assistant Attorney General *Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 757, Misc. VANDEVER *v.* PATE, WARDEN. Circuit Court of Jefferson County, Illinois. Certiorari denied. Petitioner *pro se. William G. Clark,* Attorney General of Illinois, for respondent.

No. 715, Misc. BRYANT *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Supreme Court of Florida. Certiorari denied. Petitioner *pro se. Richard W. Ervin,* Attorney General of Florida, and *James G. Mahorner,* Assistant Attorney General, for respondent.